**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00776-CV

### IN RE LEE ARTHUR WYNN, Relator

**Original Proceeding from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F12-24938H**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's July 6, 2018 petition for writ of mandamus.

/s/     CRAIG STODDART
        JUSTICE